United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-14646-amc
John H. Haggerty                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 3180W           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
db            +John H. Haggerty,   107 East Chestnut Street,   Souderton, PA 18964-1126
13063565      +Ann Belknap, Esquire,   Belknap & Mayer, PC,   301 Oxford Valley Road, Ste. 203B,
                Yardley, PA 19067-7708
13136989      +Berkheimer Associates, agent for,   Souderton Boro & Souderton ASD,   50 North Seventh Street,
                Bangor, PA 18013-1731
13104779      +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, PA 45342-5421
13063585      +Trumark Financial Cu,   1000 Northbrook Drive,   Trevose, PA 19053-8430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:29     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13467854       EDI: DISCOVER.COM Dec 08 2018 08:13:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
13074736       EDI: DISCOVER.COM Dec 08 2018 08:13:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
13063576      +EDI: IRS.COM Dec 08 2018 08:14:00     Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
13141294      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 08 2018 03:29:04     PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13089419       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:20
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
          ADAM D. GREENBERG    on behalf of Creditor    Fresh Start Opportunities, L.L.C.
           agreenberg@hgllclaw.com,   aholmes@hgllclaw.com
          DAVID   NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
           vbarber@udren.com
          ELLIS B. KLEIN    on behalf of Debtor John H. Haggerty ykassoc@gmail.com,   ykaecf@gmail.com,
           ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Souderton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor John H. Haggerty support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          SHERRI J. Smith    on behalf of Creditor    PNC Bank, National Association
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 3180W           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

                                                                                                                                                                               TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John H. Haggerty** | Social Security number or ITIN  **xxx–xx–6421** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–14646–amc** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John H. Haggerty

12/6/18                                                            **By the court:**    <u>Ashely M. Chan</u>
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**